# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CRIMINAL CASE NO. 2:07cr27-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| TRAVIS WAYNE BOWMAN. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 17, 2012, the Federal Defender filed in this criminal case a document entitled "Defendant's Amended Motion to Vacate Conviction under 28 U.S.C. §2255." [Doc. 33]. The Defendant has a pending civil case in which he has moved for relief pursuant to 28 U.S.C. §2255. Bowman v. United States, Civil Case No. 2:12cv24. Counsel did not file this document in that pending civil case.

**IT IS, THEREFORE, ORDERED** that on or before five (5) business days from entry of this Order, the Federal Defender shall advise the Court why this pleading has been filed in the criminal action.

Signed: September 26, 2012

Martin Reidinger
United States District Judge